```
RESIDENT HISTORY REPORT                                           Page 1 of 1

HRYCI
10/26/05 13:31                                              05    784
ST 010 / OPR LIH

SBI            : 153131                              ORIGINAL
Resident Name  : MOON, SCOTT
Time Frame     : 09/23/2004 21:11 - 10/26/2005 13:31

------------------------------------------------------------------------------
Date         Time    Type           ST   OPR    Receipt #     Amount    Balance
------------------------------------------------------------------------------

10/18/2004   11:58   Close          6    PLF    F6946          10.00       0.00
02/19/2005   21:11   Reopen         5    WAD    E6661           0.25       0.25
05/25/2005   06:11   Add            5    AOR    E8439          10.87      11.12
05/27/2005   12:11   Close          6    kjg    F11745         11.12       0.00
```



RECEIVED NOV 10 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE