**ORIGINAL**

(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RECEIVED
NOV 10 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

(1) Scotty L. Moon 153131
(Name of Plaintiff)     (Inmate Number)
Howard R. Young Inst.
PO Box 9561 Wilm, DE, 19809
(Complete Address with zip code)

By Mail
IFP

(2) Scotty L. Moon 15313
(Name of Plaintiff)     (Inmate Number)
Chestnut Hill Estate
3023 Ogletown Rd. Newk, De 19713
(Complete Address with zip code)

05  784
(Case Number)
(to be assigned by U.S. District Court)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) Delaware State Police Trp #6
(2) All There IN
     Mrs. Hunter
(3) St. Louis Corr. Medical Service
(Names of Defendants)

**CIVIL COMPLAINT**

• • Jury Trial Requested

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

I.  PREVIOUS LAWSUITS

   A.  If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

   Unknow of Dates
   _____
   _____
   _____
   _____

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? **·Yes** ··No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? **·Yes** ··No

C. If your answer to "B" is Yes:

1. What steps did you take? _First there were a med--ical grievance filed on Oct. 2, 05_

2. What was the result? _It was found Oct. 7, never was mailed out, Mailed out on or about the 10th._

D. If your answer to "B" is No, explain why not: _ø_ _ø_

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: _____

Employed as _Delaware State Police_ at _Troop #6_

Mailing address with zip code: _Prices Corner Wilmington, Delaware 19_

(2) Name of second defendant: _Ms. Hunter_

Employed as _St. Lewis Med. Staff_ at _Howard R. Young Inst._

Mailing address with zip code: _Howard R. Young Inst., 1301 East 12th Street Wilmington, De 19809_

(3) Name of third defendant: _____

Employed as _____ at _____

Mailing address with zip code: _____

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

## II   EXHAUSTION OF ADMINISTRATIVE REMEDIES.

6. Plaintiff submitted a letter to the Warden Rafeal Williamson on about the 3, or 4th day of October 2005 requesting a informal resolution to the medical malpractice or incident. Plaintiff receive back from the Warden Rafeal William dated 10/07/05 that recent correspondence has been forwarded to John Rigor Dir. of Nursing for review and any action deem appropriate.

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. Between 10/19 – 10/20/05 Plaintiff was arrest at Rte 4 sometime between the hrs of 12:30 – 1:30 pm by the Delaware State Police Troop #6 on Offensive Touching, etc. when Plaintiff was being put in the rear of the Veh the

2. rear door of the State Police car struk the Plaintiff right front thumb causing it to be Fractured.

3. On 10/20/05 Plaintiff was brought to the Howard R. Young Inst. for lack of $500.00 Secure bail Aft. about 8 hrs pass Plaintiff was called by St. Lewis Medical Staff for evalu... Plaintiff told the medical staff that he believe his right hand thumb was broken Plaintiff was told to put in a medical slip

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. Plaintiff believe that he is entile to pain & suffering for the 14 days that it took the medical staff to take X-Rays. Plaintiff believe that he should be entitled to punitive damege for having to

3

## IV. STATEMENT OF CLAIM

4. On 9/23/05 Plaintiff put in a sick-call slip stating the reason to be seen by the medical staff about 9/26/05 Plaintiff receive sick-call slip back stating he has been scheudle. On 10/02/05 Plaintiff submitted another sick-call slip for to be tested for HIV. Plaintiff was called on a couple days later during the visit for the HIV test Plaintiff question the nurse about his sick call slip that was submitted for a broken right hand thumb. Plaintiff was told that it was no one here to help. Plaintiff than request for the head nurse. Plaintiff was told be the nurse that had minster the HIV test that the X-Ray tech was there and that I would had to be added to the list. X-Ray was given 10/04/05 & the results was that the Plaintiff right hand thumb was fractured & he would have to stay a little longer for wrapping. Plaintiff was by another (Melody) nurse that I should have but seen by the doctor that was there on 10/04/05 instead of dumping everyth on her on 10/05/05. Plaintiff was given a half cast & ace bandges & 10 IBporfin and told that he would be sent outside to see a bone specialist. Today is 10/17/05 & Plaintiff still awhaits his medical procedure.

2. go threw the process of getting down to the medical staff for another reason & find out that he had to be added on to the medical list that was never done and finding out Aft the x Ray that he has a Fracture hand on 10/04/05

3. Plaintiff believe that he should be held here being Moctured carefore by the medical staff. that Stated Plaintiff would be taken to outside bone special for further examilu) & it 10/18/05 the Proceedure is still pending?

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __10/17/05__ day of __October__, 20__05__.

__Scotty L. Moon__
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

