IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCOTTY L. MOON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-784-KAJ |
| | ) |
| DELAWARE STATE POLICE | ) |
| TROOPER #6 and MS. HUNTER, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

WHEREAS, Scotty L. Moon ("Moon") filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on November 29, 2005, the Court entered an order granting leave to proceed *in forma pauperis* and requiring Moon to complete and return an authorization form within thirty (30) days from the date the order was sent or the case would be dismissed (D.I. 3);

WHEREAS, to date, the authorization form has not been received from Moon;

THEREFORE, at Wilmington this 9th day of January, 2006, IT IS HEREBY ORDERED that Scotty L. Moon's complaint is DISMISSED WITHOUT PREJUDICE.

United States District Judge