

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

RETURN TO SENDER

X INMATE UNKNOWN — NO INMATE BY THIS SPELLING
___ INMATE RELEASED — ENCLOSURE UNAUTHORIZED
___ CORRESPONDENCE REFUSED

S.M.S. X-RAY

Mailroom Officer
Howard R. Young Corr. Inst.
P.O. Box 9561
Wilmington, DE 19809

05-784 KAJ

$ 00.390
PITNEY BOWES
02 1A
0004607433  JAN 11 2006
MAILED FROM ZIP CODE 19802

RECEIVED
JAN 13 2006
DISTRICT OF DELAWARE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SCOTTY L. MOON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-784-KAJ |
| | ) | |
| DELAWARE STATE POLICE | ) | |
| TROOPER #6 and MS. HUNTER, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

WHEREAS, Scotty L. Moon ("Moon") filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on November 29, 2005, the Court entered an order granting leave to proceed *in forma pauperis* and requiring Moon to complete and return an authorization form within thirty (30) days from the date the order was sent or the case would be dismissed (D.I. 3);

WHEREAS, to date, the authorization form has not been received from Moon;

THEREFORE, at Wilmington this 9th day of January, 2006, IT IS HEREBY ORDERED that Scotty L. Moon's complaint is DISMISSED WITHOUT PREJUDICE.

_____
United States District Judge